IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL THOMPSON,

    Petitioner,                    No. 2:13-cv-00885 MCE KJN P

    vs.

RICK HILL,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner, proceeding without counsel, in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On June 26, 2013, respondent filed and served a motion to dismiss the petition, on the ground that it fails to state a cognizable claim for federal habeas relief, and on the separate ground that the alleged claims are untimely. 28 U.S.C. § 2244(d).

        Petitioner has not responded to the pending motion. Pursuant to the court's order filed May 15, 2013, petitioner's opposition or statement of non-opposition to a motion to dismiss was to be filed and served within thirty days after service of the motion. (See ECF No. 4.) Local Rule 230(l) provides that "[f]ailure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds

1

for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, IT IS HEREBY ORDERED that petitioner shall, within fourteen (14) days after service of this order, show cause why his failure to oppose respondent's June 26, 2013 motion to dismiss (ECF No. 11) should not be construed as a waiver of opposition to the motion.  If petitioner intends to oppose the motion, he shall say so in his response to this order to show cause, and separately file his opposition within the same deadline, or demonstrate good cause to obtain an extension of time to file his opposition.  Alternatively, if petitioner prefers to request the voluntary dismissal of this action, he shall say so.  Failure of petitioner to timely respond to this order will be construed as abandonment of this action, and will result in a recommendation that this action be dismissed without prejudice.

DATED:  August 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

thom0885.osc.nooppo.